1056

THE STATE OF WASHINGTON, *Respondent,* v. GLENN EDWARD
MARTIN, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 87–1–00205–6, John J. Ripple, J., entered July 28, 1987. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, A.C.J., and McInturff, J. Pro Tem.

THE STATE OF WASHINGTON, *Respondent,* v. GARLAND
KEITH BEARDEN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 86–1–00472–1, Paul D. Hansen, J., entered February 18, 1987. *Reversed* by unpublished opinion per Winsor, J., concurred in by Webster, J., Swanson, J., dissenting.

JOANNE OCHSNER, *Appellant,* v. THE DEPARTMENT OF
RETIREMENT SYSTEMS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–02136–7, Arthur E. Piehler, J., entered November 2, 1987. *Affirmed* by unpublished per curiam opinion.